UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott Smith,)
    Petitioner,)
)  No. 1:18-cv-656
-v-)
)  HONORABLE PAUL L. MALONEY
Shane Jackson,)
    Respondent.)
)

## JUDGMENT

In accordance with the order entered on this date and pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: July 16, 2019            /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge